UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Wade, et al., | ) | Case No. 1:18 CV 43 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| LM Insurance Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel has notified the Court that above captioned case has been settled. Accordingly, this action is DISMISSED WITH PREJUDICE. Parties may file any additional documentation evidencing the settlement within 30 days of the entry of this Order.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　/s/*Donald C. Nugent*
　　　　　　　　　　　　　　　　　　　　　　DONALD C. NUGENT
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

DATE: February 7, 2018